**IN RE SWINSON**

[350 N.C. 591 (1999)]

IN THE MATTER OF: PHILLIP R. SWINSON, A MINOR

No. 99A99

(Filed 25 June 1999)

Appeal by respondent-juvenile pursuant to N.C.G.S. § 7A-30(2) from an unpublished decision of a divided panel of the Court of Appeals, 132 N.C. App. 396, 516 S.E.2d 381(1999), affirming an order entered 28 January 1998 by Patterson, J., in District Court, Wilson County. Heard in the Supreme Court 12 May 1999.

*Stanley G. Abrams for respondent-juvenile-appellant.*

*Michael F. Easley, Attorney General, by Harriet F. Worley, Assistant Attorney General, for State-appellee.*

PER CURIAM.

AFFIRMED.